**Order entered October 10, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00518-CR

### AGEAK M CHOL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 283rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F16-30952-T

## ORDER

The clerk's record reflects appellant is indigent and requested the reporter's record on May 9, 2018. The reporter's record was due August 24, 2018. When it was not filed, we notified court reporter Trashuna Salaam by postcard dated August 28, 2018 that it was overdue and directed her to file (1) the reporter's record, (2) written verification that no hearing were recorded, or (3) written verification that appellant had not requested the reporter's record by September 27, 2018. To date, the reporter's record has not been filed and we have had no communication from Ms. Salaam.

We **ORDER** Trashuna Salaam to file the complete reporter's record **by October 24, 2018**. Should Ms. Salaam fail to file the reporter's record by that date, the Court will take

whatever remedies it has available to ensure this appeal proceeds in a timely fashion, including ordering Ms. Salaam not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Livia Liu Francis, Presiding Judge, 283rd Judicial District Court; Trashuna Salaam, official court reporter, 283rd Judicial District Court; and to counsel for all parties.


/s/     LANA MYERS
            JUSTICE